**K&L GATES LLP**
Rosemary Alito
rosemary.alito@klgates.com
One Newark Center, Tenth Floor
Newark, NJ 07102
Tel.: (973) 848-4000
Fax: (973) 848-4001
*Attorneys for Defendant Bhavdeep Singh*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EMQORE ENVESECURE PRIVATE CAPITAL TRUST,<br>Plaintiff,<br><br>v.<br>BHAVDEEP SINGH; FORTIS HEALTHCARE LTD.; EAST BRIDGE CAPITAL MASTER FUND LTD.; EAST BRIDGE CAPITAL MASTER FUND I LTD.; EAST BRIDGE CAPITAL MANAGEMENT LP; FORTIS HEALTHCARE HOLDINGS; IHH HEALTHCARE BERHAD; KHAZANAH NASIONAL BERHAD; NORTHERN TKVENTURE PTE. LTD.; RHC HOLDINGS PRIVATE LTD.; RHC HEALTHCARE PRIVATE LTD.; SRL LIMITED; RELIGARE ENTERPRISES LTD.; RELIGAREFINVEST LTD.; LAKSHMI VILAS BANK; RANCHEM PRIVATE LIMITED; NEW YORK LIFE INVESTMENT MANAGEMENT, LLC; INTERNATIONAL FINANCE CORPORATION; SIGULER GUFF & COMPANY, LP; BAY CAPITAL ADVISORS PVT. LTD; SSG CAPITAL MANAGEMENT LTD.; INDIA HORIZONS FUND LTD.; RESILIENT INDIA GROWTH FUND; RELIGARE HEALTH TRUST; SIDDHARTH MEHTA; SHAM MAHESHWARI; RAVI RAJAGOPAL; and ABC CORP. (1 – 10) (fictitious entities),<br><br>Defendants. | Civil Action No.: 2:20-cv-07324-KM-JBC<br><br>Hon. Kevin McNulty, U.S.D.J.<br>Hon. James B. Clark, U.S.M.J.<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

**COUNSEL:**

**PLEASE TAKE NOTICE** that on Monday, December 21, 2020 at 9:00 a.m., or on such date and at such time as counsel may be heard, Defendant Bhavdeep Singh ("Singh"), through his counsel K&L Gates LLP, shall move before the Honorable Kevin McNulty, U.S.D.J., at the Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an order dismissing Plaintiff's Emqore Envesecure Private Capital Trust's Complaint with prejudice on *forum non conveniens* grounds and dismissing all claims against Singh contained within for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Singh shall rely upon the supporting brief, his Declaration with exhibits, and the Declaration of Loly G. Tor with exhibits.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is supplied herewith.

**K&L GATES LLP**
Attorneys for Defendant
Bhavdeep Singh

By: /s/ Rosemary Alito
ROSEMARY ALITO
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, New Jersey 07102
P: (973) 848-4000
F: (973) 848-4001
*Attorneys for Defendant*
*Bhavdeep Singh*

Dated: October 19, 2020