

*As set forth in the Court's February 22, 2022 Order [Dkt. No. 127], the telephone conference scheduled in this matter for April 14, 2022 is adjourned and there is a telephonic hearing regarding the pending motion to withdraw as counsel [Dkt. No. 125] scheduled for April 27, 2022 at 12:00 PM.
*As set forth in the Court's March 23, 2022 Order [Dkt. No. 134], there is a telephone conference scheduled for May 24, 2022 at 10:00 AM.

SO ORDERED

*s/James B. Clark*
James B. Clark, III, USMJ

Dated: April 14, 2022

**CHIESA SHAHINIAN & GIANTOMASI PC**

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**SHIRLEY U. EMEHELU**
semehelu@csglaw.com
(O) 973.530.2127
(F) 973.907.7083

April 13, 2022

**Via Electronic Filing**

Hon. James B. Clark, III
U.S. Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

    **Re:  *Emqore Envesecure Private Capital Trust v. Singh et al*, Civ. No. 20-7324 (KM) (JBC)**

Dear Judge Clark:

    This firm represents Defendant New York Life Investment Management, LLC ("NYLIM") in the above-referenced matter. Pursuant to my colleague's telephone conversation with Your Honor's law clerk earlier today, we write to confirm that the telephone status conference that had been scheduled in the December 10, 2021 Letter Order [ECF No. 107] for tomorrow, April 14, 2022, has been adjourned.

    Also per that conversation with Your Honor's law clerk, we write to respectfully request clarification as to whether the telephonic appearance scheduled for April 27, 2022 (which was scheduled in the February 22, 2022 Letter Order [ECF No. 127]) is still scheduled to proceed on that date.

    We thank the Court for its consideration of this matter.

                                   Respectfully submitted,

                                     */s/ Shirley U. Emehelu*

                                   Shirley U. Emehelu
                                   Member

cc:    All counsel of record (via ECF)