**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

April 27, 2022

**LETTER ORDER**

Re:  **Emqore Envesecure Private Capital Trust v. Singh, et al.**
     **Civil Action No. 20-7324 (KM)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders as follows:

1) The motion by Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP to withdraw as counsel for the Proposed Intervenor Balaji Great Lotus Glory ("Balaji") [Dkt. No. 125] is **GRANTED**.

2) The time for Balaji to move for reconsideration of the Court's April 14, 2022 Order denying Balaji's motion to intervene [Dkt. No. 143] is hereby extended by **thirty (30) days**.

.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**

1