Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973.325.1500
*Attorneys for New York Life*
*Investment Management, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EMQORE ENVESECURE PRIVATE CAPITAL TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BHAVDEEP SINGH; MALVINDER MOHAN SINGH; SHIVINDER MOHAN SINGH; SHAKEEB ALAM; FORTIS HEALTHCARE LIMITED; EAST BRIDGE CAPITAL MASTER FUND LTD.; EAST BRIDGE CAPITAL MASTER FUND I LTD.; EAST BRIDGE CAPITAL MANAGEMENT LP; IHH HEALTHCARE BERHAD; KHAZANAH NASIONAL BERHAD; RELIGARE ENTERPRISES LIMITED; RELIGARE FINVEST LIMITED; RELIGARE ENTERPRISES LTD; CARE HEALTH INSURANCE LIMITED; RELIGARE BROKING LIMITED; DBS BANK; SRL LIMITED; NEW YORK LIFE INVESTMENT MANAGEMENT, LLC; INTERNATIONAL FINANCE CORPORATION; SIGULER GUFF & COMPANY, LP; BAY CAPITAL ADVISORS PRIVATE LIMITED; ARES MANAGEMENT CORPORATION; MITSUI & CO. LTD.; MITSUI & CO (USA) INC.; ARES MANAGEMENT CORPORATION; ARES SSG; SIDDHARTH DINESH MEHTA; SHAM MAHESHWARI; ABC CORP. (1-10) (fictitious entities), and JOHN AND JANES DOES 1-10 (fictitious entities),<br><br>Defendants.<br><br>FORTIS HEALTHCARE HOLDINGS LIMITED; NORTHERN TK VENTURE PTE. LTD.; BESTEST DEVELOPERS PRIVATE LIMITED; RELIGARE HEALTH TRUST; SGGD PROJECTS DEVELOPMENT | Civil Action No. 2:20-cv-07324<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

PRIVATE LIMITED; DAIICHI SANKYO, INC.; RANCHEM PRIVATE LIMITED; RASHMI SALUJA; RAVI RAJAGOPAL; SECURITIES EXCHANGE BOARD OF INDIA; RESERVE BANK OF INDIA; STATE BANK OF INDIA; INDIA HORIZONS FUND LIMITED; RESILIENT INDIA GROWTH FUND; RHC HOLDINGS PRIVATE LIMITED; RELIGARE HEALTH TRUST; M.V. DOSHI; LKP FINANCE LTD.; SS KOTHARI MEHTA & COMPANY; IDBI TRUSTEESHIP SERVICES LIMITED; and GURINDER SINGH DHILLON,

Non-Party Defendants.

PLEASE TAKE NOTICE that the Attorney Shirley U. Emehelu, Esq. is no longer with the law firm of Chiesa Shahinian & Giantomasi PC and hereby withdraws her appearance for Defendant New York Life Investment Management, LLC ("NYLIM"). Chiesa Shahinian & Giantomasi PC and its other attorneys who have appeared in this case will continue to represent NYLIM in this action.

Dated: May 18, 2022

CHIESA SHAHINIAN & GIANTOMASI PC
*Attorneys for Defendant New York Life Investment Management, LLC*

By: */s/ Marie L. Mathews*
Marie L. Mathews
mmathews@csglaw.com
One Boland Drive
West Orange, NJ 07052
(973) 325-1500