**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

May 23, 2022

# LETTER ORDER

**Re:** **Emqore Envesecure Private Capital Trust v. Singh, et al.**
**Civil Action No. 20-7324 (KM)**

Dear Counsel:

The Court orders the following:

1) The telephone conference scheduled in this matter for **May 24, 2022 at 10:00 AM** is adjourned to **September 14, 2022 at 10:00 AM**. The dial-in information for the call is as follows:

- Dial-in Number: (888) 363-4735
- Access Code: 5069303#

2) The motion by Alfred V. Gellene, Esq. seeking leave to withdraw as counsel for Plaintiff [Dkt. No. 140] is **TERMINATED as moot**.

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**